Evelyn Harkins, Appellee, v. G. J. Sherwood et al. C. E. Kirk, Appellant.

Gen. No. 22,885.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. EDWARD T. WADE, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed June 11, 1917.

## Statement of the Case.

Action by Evelyn Harkins, plaintiff, against G. J. Sherwood, C. E. Kirk and others, defendants, to recover for a breach of contract of employment. From a verdict and judgment for plaintiff for $319.96, defendant Kirk appeals.

M. M. JACOBS, for appellant.

ELMER A. ROAT, for appellee; THOMAS E. D. BRADLEY, of counsel.

MR. JUSTICE HOLDOM delivered the opinion of the court.

## Abstract of the Decision.

1. MUNICIPAL COURT OF CHICAGO, § 29*—*what is subject of review where stenographic report is stricken from record.* On appeal from a judgment of the Municipal Court of Chicago, where the Appellate Court allows a motion to strike the stenographic report from the record, the only question for decision is the sufficiency of the pleading to sustain the judgment.

2. MUNICIPAL COURT OF CHICAGO, § 29*—*when presumed that evidence was sufficient to sustain judgment.* On appeal from a judgment of the Municipal Court of Chicago, in the absence of a stenographic report, it will be presumed that the evidence was sufficient to sustain the judgment.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

3. MASTER AND SERVANT, § 44*—*when employee may commence action for damages for breach of contract of employment.* In an action to recover for breach of a contract of employment, where the employer has breached the contract by repudiating it, the employee has the right to commence an action for such damages as he may have suffered by reason of the breach and repudiation, regardless of the date when the contract by its terms expires.